JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiff
TRE MILANO, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRE MILANO, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>ERNESTO SANABRIA JR., an Individual, and Does 1-10, Inclusive,<br><br>    Defendants. | Case No.: CV10-02850 DSF (AGRx)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANT ERNESTO SANABRIA JR.** |

The Court, pursuant to the Stipulation For Entry of Permanent Injunction ("Stipulation") and separate Confidential Settlement Agreement between Plaintiff TRE MILANO, LLC ("Plaintiff") on the one hand, and Defendant ERNESTO SANABRIA JR. ("Defendant"), on the other, hereby ORDERS, ADJUDICATES

and DECREES that a Permanent Injunction shall be and hereby is entered in the above-referenced matter as follows:

1. **PERMANENT INJUNCTION.** Plaintiff owns or controls the pertinent rights in and to the following intellectual properties:

| Intellectual Property: | Registration No.: | Registration Date: |
|---|---|---|
| InStyler (Trademarks) | 3496525 | September 2, 2008 |
| InStyler Quick Styling Guide. | TX0006921877 | November 24, 2008 |
| InStyler Sales Sheet. | TX0006910783 | November 14, 2008 |
| InStyler User Manual. | TX0006921892 | November 24, 2008 |
| InStyler V.1A. | Pau003370090 | November 12, 2008 |
| InStyler Website. | TXu001599536 | November 14, 2008 |
| 2 For 1. | VA0001672732 | June 12, 2009 |
| Final Hairstyles. | VA0001673742 | June 12, 2009 |
| InStyler Box (Revised) | VAu000995006 | July 14, 2009 |
| InStyler Costco Box. | VAu001001634 | September 28, 2009 |
| InStyler International Box. | VAu000994999 | July 14, 2009 |
| InStyler International Box | VAu000995000 | July 14, 2009 |

| | | |
|---|---|---|
| V.2. | | |
| InStyler V.4H. | PAu003365698 | October 29, 2008 |
| InStyler Warning Sheet. | TX0007107862 | July 2, 2009 |
| Product 0000. | VA0001671183 | June 12, 2009 |
| Rendering #1. | VA001671191 | June 12, 2009 |
| Rendering #2. | VA0001671190 | June 12, 2009 |
| Single Unit. | VA0001671188 | June 12, 2009 |
| (Copyrights) | | |

Defendant and any person or entity acting in concert with, or at the direction of him, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which he may exercise control except customers, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* § 1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout world:

    a.    copying, manufacturing, importing, exporting, marketing, sale, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any Plaintiff's InStyler® trademarks and copyrights, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's InStyler® trademarks and copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

      b.    performing or allowing others employed by or representing him, or under his control except customers, to perform any act or thing which is likely to injure Plaintiff, Plaintiff's InStyler® trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

      c.    engaging in any acts of federal and/or state trademark and/or copyright infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

      d.    using any Internet domain name or website that includes any of Plaintiff's designated Trademarks and Copyrights, including the InStyler® marks.

2.    Defendant is ordered to deliver immediately for destruction all designated unauthorized products, including counterfeit InStyler® products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in his possession or under his control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendant's possession.

3.    This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

4.    The Court finds there is no just reason for delay in entering this Permanent Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Permanent Injunction against Defendant.

5.    The Court shall dismiss the entire action with prejudice.

6.    **NO APPEALS AND CONTINUING JURISDICTION.**  No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction.

7. **NO FEES AND COSTS.** Each party shall bear its own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED and DECREED this 12th day of August, 2010.

_____
HON. DALE S. FISCHER
United States District Court Judge